No. 5570.—Pueblo, apldo., *v.* Ríos, aplte.—C. D. Guayama. ▮ Diciembre 18, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Visto el presente recurso con la sola asistencia del fiscal, examinados los dos alegatos y apareciendo que no existe el único error señalado o sea que "La Hon. Corte de Distrito de Guayama erró al dictar sentencia condenatoria en este caso, por ser la misma contraria a los hechos y a la ley", se confirma la sentencia apelada que dictó la Corte de Distrito de Guayama en 5 de abril de 1934.

### RECONSIDERACIONES DENEGADAS POR LA CORTE DURANTE EL PERÍODO QUE CUBRE EL PRESENTE TOMO

Por la corte, a propuesta de sus distintos jueces, se declaró *no haber lugar* a las reconsideraciones solicitadas en los siguientes casos:

Nos. 5135, 5511, 5519, 5541, 5548, 5592 y 5646.

No. 5481.—Pueblo, apldo., *v.* Díaz, aplte.—C. D. Ponce. ▮ Diciembre 12, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, esta apelación se interpuso en 6 de julio de 1933 y en 22 de noviembre de 1934 esta corte dictó una orden para que la parte apelante expusiese las razones para no desestimar el recurso interpuesto;

Por cuanto, el acusado, que ha presentado ya su alegato, solicita que el recurso continúe tramitándose, y el fiscal no ha expuesto razón alguna para que no se acceda a lo solicitado;

Por tanto, se ordena que continúe la tramitación del recurso interpuesto.